UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT CLIFF, JR.,

    Plaintiff,

v.

DETROIT MEDICAL CENTER, ET AL.,

    Defendants.
_____/

Case No. 12-15392

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION [15], GRANTING DEFENDANTS' MOTION TO DISMISS [7] AND GRANTING DEFENDANTS' AMENDED MOTION TO DISMISS [8]**

    This matter comes before the Court on the Magistrate Judge's Amended Report and Recommendation [ECF No. 15]. Being fully advised in the premises and having read the record and the pleadings, including the Report and Recommendation and Plaintiff's Objections, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Amended Report and Recommendation, GRANTS Defendants motion [7] and amended motion to dismiss [8], and DISMISSES WITH PREJUDICE Plaintiff's claims against Defendants.

    SO ORDERED.

                                             s/Nancy G. Edmunds
                                             Nancy G. Edmunds
                                             United States District Judge

Dated: March 19, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 19, 2014, by electronic and/or ordinary mail.

                         s/Johnetta M. Curry-Williams
                         Case Manager
                         Acting in the Absence of Carol A. Hemeyer


I hereby certify that a copy of the foregoing document was served upon counsel of record on March 19, 2014, by electronic and/or ordinary mail.

                     s/Johnetta M. Curry-Williams
                     Case Manager
                     Acting in the Absence of Carol A. Hemeyer